UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA
CIVIL MINUTES—GENERAL

| | | | |
|---|---|---|---|
| Case No. | **CV 18-6933-DMG (KSx)** | Date | July 16, 2020 |
| Title | *Masreshaw Ayele, et al. v. Federal Aviation Administration, et al.* | Page | 1 of 2 |

Present: The Honorable    DOLLY M. GEE, UNITED STATES DISTRICT JUDGE

| KANE TIEN | NOT REPORTED |
|---|---|
| Deputy Clerk | Court Reporter |

| Attorneys Present for Plaintiff(s) | Attorneys Present for Defendant(s) |
|---|---|
| None Present | None Present |

**Proceedings: IN CHAMBERS — ORDER TO SHOW CAUSE WHY ACTION SHOULD NOT BE STAYED AS TO DEFENDANT AEROVIAS DE MEXICO, S.A. DE CV. [50]**

On July 15, 2020, Defendant Aerovias de Mexico, S.A. de C.V., also known as Aeromexico Airlines, filed a notice that on June 30, 2020, Defendant and its parent company Grupo Aeroméxico, S.A.B. de C.V., each had filed a Chapter 11 bankruptcy petition in the United States Bankruptcy Court for the Southern District of New York, jointly administered under Case No. 20-11563. [Doc. # 50.]

In light of the foregoing, Plaintiffs are **ORDERED TO SHOW CAUSE** in writing by no later than **July 23, 2020**: (1) why this action should not be stayed as to Defendant Aerovias de Mexico, S.A. de C.V. as a result of the filing of Defendant's bankruptcy petition, *see* 11 U.S.C. § 362(a)(1); and (2) why this Court's June 9, 2020 order providing the parties up to and including August 5, 2020 to finalize their settlement [Doc. # 49] should not remain in effect for the remaining parties. *See Ingersoll-Rand Fin. Corp. v. Miller Min. Co.,* 817 F.2d 1424, 1427 (9th Cir. 1987) ("In the absence of special circumstances, stays pursuant to section 362(a) are limited to debtors and do not include non-bankrupt co-defendants.").

Failure to timely or adequately respond will result in the Court issuing an order staying the action as to Defendant Aerovias de Mexico, S.A. de C.V.

IT IS SO ORDERED.

| | | |
|---|---|---|
| CV-90 | **CIVIL MINUTES—GENERAL** | Initials of Deputy Clerk KT |