UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| MASRESHAW AYELE and MARQUITA TEKOYA KERSH, | ) Case No.: CV 18-6933-DMG (KSx) ) |
| Plaintiffs, | ) **ORDER RE DISMISSAL OF** ) **ACTION WITH PREJUDICE [56]** ) |
| vs. | ) ) |
| UNITED STATES OF AMERICA; AEROMEXICO AIRLINES; GRUPO AEROMEXICO; CITY OF LOS ANGELES; LOS ANGELES WORLD AIRPORTS; and BOARD OF AIRPORT COMMISSIONERS OF THE CITY OF LOS ANGELES, | ) ) ) ) ) ) ) ) |
| Defendants. | ) ) |

Pursuant to the Stipulation of the Parties,

**IT IS HEREBY ORDERED** that the above-captioned case is hereby dismissed with prejudice, with each party to bear its own costs and attorney's fees.

DATED:  August 28, 2020

DOLLY M. GEE
UNITED STATES DISTRICT JUDGE